**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROMAN MORALES CALDERA,<br>Plaintiff, | : | |
| v. | : | Civil No.: 2:26-cv-07011 |
| WARDEN J.L. JAMISON, et al.,<br>Defendants. | : | |

**ORDER**

**AND NOW,** this 17th day of September, 2026, upon consideration of the Court, **IT IS HEREBY ORDERED** that if the petitioner intends to file a reply to Respondents' Response to Petition for Writ of Habeas Corpus (ECF No. 4), he must do so by 5 p.m. on September 21, 2026.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge